IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| BRIAN BEASLEY, | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | No. 3:24-CV-1430-K |
| | § | |
| CITY OF FARMERS BRANCH, TEXAS, | § | |
| Defendant. | § | |

**ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND**
**RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE**

On October 28, 2025, the Findings, Conclusions, and Recommendation of the United States Magistrate Judge (Dkt. No. 48 ("Report")) was entered, recommending that the court grant Defendant's Motion for Summary Judgment (Dkt. No. 29). Objections to the Report were filed. The Court reviewed *de novo* those portions of the proposed Report to which objection was made. The Court reviewed the remaining portions of the Report for plain error.

Finding no error, the Court determines that the findings and conclusions of the magistrate judge are correct and **ACCEPTS** them as those of the Court. Accordingly, the Court **GRANTS** Defendant's Motion for Summary Judgment (Dkt. No. 29). By separate judgment, Plaintiff's claims against the Defendant will be **DISMISSED WITH PREJUDICE**.

SO ORDERED.

Signed December 2nd, 2025.

_____
ED KINKEADE
UNITED STATES DISTRICT JUDGE